2/10/2015

Court of Appeals District

Cadena Reeves Justice Center

300 Dolorosa Suite 3200

San Antonio Texas 780205-3037

Honorable Judge Little John

From:

Maryann Castro Pro-se Appellant

1501 Olive

Jourdanton Texas 78026

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957



## Request for Judicial Intervention

**Honorable Judge LittleJohn,**

**The Motions filed are pleadings for justice.**

**I thank you for your response, Appellant Maryann Castro applied for a Motion for Emergency spousal Maintence, Appellee Manuel Castro was not paying the mortgage and was in active bankruptcy, Appellant Maryann Castro has been in Communication with the Mortgage Company BSI.**

**BSI Financial is working out a solution on the Mortgage that Appellee Manuel Castro and Appellant Maryann Castro shared as Husband and wife.**

**Appellant Maryann Castro needs Spousal Maintence to live, in her homestead Appellee Manuel Castro abandoned on or about 7/2011.**

**Appellant Maryann Castro prays for the Court to award her temporary Spousal Maintence until justice can be served in Appeals Court.**

Respectfully

Maryann Castro Pro Se Appellant

1501 Olive

Jourdanton Texas 78026

830496-0133

PacAttitude2014@gmail.com

To: Court Of Appeals

From:

Maryann Castro

Pro Se-Appellant

1501 Olive

Jourdanton Texas

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957

## Notice of Motion for Emergency Maintence Support

Here comes Appellant Maryann Castro asking for the court to grant her Emergency Maintence Support, due to disabled spouse in the thirty year marriage and the Fraud, Mistake Of Counsel.

Attorney Joseph Appelt took part in fraud for his Client Appellee Manuel Castro and hid from the Court on Oct 30,2013 Mortgage was not and has not been getting paid when the Agreement for Final Divorce was signed on 10/30/2013 And Appellee Manuel Castro was in Active Bankruptcy.

Appellant Maryann Castro is praying the Court to award her Emergency Maintence Support until Appeals Court can apply Justice on pleading.

Maintence support emergency is needed for Appellant Maryann Castro is disabled and showed the court her social security 866.00 disability.

Appellant Maryann Castro Prays for the Court to award her, Emergency Maintence Support, the mortgage is 1600 And Appellant Maryann Castro has shown cause. See copy

*Respectfully*

**Maryann Castro Pro Se**

**Appellant**

**1501 Olive**

**Jourdanton Texas 78026**

PACATTITUDE2014@GMAIL.COM

**8304960133**

**Date 2/9/15**



10/09/2014

Sent Via Certified Mail
9307 1100 1170 0770 3512 90

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:      44675
Property Address:  1501 OLIVE STREET
                   JOURDANTON, TX 78026

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | $73,967.02 |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



**Mining Group Inc.**
Opportunity Employer
31096
E 68131                    402/342-2052

Guadalupe Castro Jr
ckory Shadow
f TX 78112

247763

| Advice Routing: | | | Pay Group: | SUM-Hourly Cra: |
| --- | --- | --- | --- | --- |
| Dept: | 14965 - San Miguel Labor | | Pay Begin Date: | 04/01/2013 |
| Sub Payroll: 3 | | | Pay End Date: | 04/07/2013 |
| Pay Basis: | Hourly | | | |

| LAST JOB WORKED: | | TAX DATA:, | Federal |
| --- | --- | --- | --- |
| Empl #: | 00000 | Marital Status: | Married |
| Job #: | 14965 | Allowances: | 0 |
| Location: | San Miguel Labor | Addl. Pct.: | |
| | | Addl. Amt.: | |

### HOURS AND EARNINGS

| n | Rate | Current Hours | Earnings | YTD Hours | Earnings | Description |
| --- | --- | --- | --- | --- | --- | --- |
| | 20.710000 | 40.00 | 828.41 | 523.50 | 10,824.70 | Fed Withholdng |
| - Time and One H | 31.065000 | 18.00 | 559.17 | 147.00 | 4,562.38 | Fed MED/EE |
| ay | | | | 23.00 | 471.39 | Fed OASDI/EE |
| Off | | | | 43.50 | 900.90 | |
| w Non-Taxable | | | | | 324.83 | |
| | | 58.00 | 1,387.58 | 737.00 | 17,084.20 | Total: |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYE

| n | Current | YTD | Description | Current | YTD | Description |
| --- | --- | --- | --- | --- | --- | --- |
| nsurance | 54.59 | 771.50 | Employee Supplemental Lif | 5.10 | 76.50 | Medical Insurance |
| urance | 5.27 | 78.14 | Accident Death & Dismbr - | 0.30 | 4.50 | Vision Insurance |
| | | | Depend AD & D - KieChoice | 0.18 | 2.70 | Group Term Life Insuran |
| | | | Clothing | 4.15 | 60.25 | Group Term Life Insuran |
| | | | Garnishment - Bankruptcy | 184.62 | 2,769.30 | Disability Insurance |
| | 59.86 | 849.64 | Total: | 194.35 | 2,913.25 | * Taxable |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS |
| --- | --- | --- | --- |
| 1,387.58 | 1,329.00 | 259.91 | 254.21 |
| 17,084.20 | 15,928.86 | 3,029.85 | 3,762.89 |

E:

NET PAY DIS
Advice #53850

Total:

RECEIPT FOR YOUR CLAIM FOR SUPPLEMENTAL SECURITY INCOME
RECEIPT DATE: March 22, 2001

MARYANN CASTRO                                                    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

*CR: A. MOLINA (handwritten)*

If you have a question or something to report call (210) 5345443 For general
information about Social Security, visit our web site at www.ssa.gov on the
Internet.

You may visit or write to the Social Security Office at:

*(MR Johnson) (handwritten)*        *Ms. Lopez (handwritten)*

SOCIAL SECURITY
ROOM 101
4100 S NEW BRAUNFELS
SAN ANTONIO TX 78223
*(8/6/01) (handwritten)*

We will process your application for Supplemental Security Income as quickly as
possible. You should hear from us within __120__ days. If you do not hear from
us by then, please get in touch with us.

We will let you know if we need more information to decide if you are eligible
for SSI payments. In the meantime, if you move or change your mailing address,
you--or someone for you-- should report the change to the office shown above.

Also, you (or someone for you) must let us know if you are admitted to a
hospital or other medical facility. You could lose some SSI payments if you do
not let us know right away.

Always give your Social Security number when writing or telephoning about your
claim. If you have any questions about your claim, we will be glad to help you.
    MARYANN CASTRO
    919 SUTTON APT 22
    SAN ANTONIO, TX 78228

cial Security Administration
Retirement, Survivors and Disability Insurance
Important Information

*Handwritten: EXHIBIT – B*

*Handwritten: 9/15/14*

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 20, 2014
Claim Number: 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HA

*Handwritten: BSI # 44675*
*Handwritten: loan*

*Handwritten: I sent BSI, A offer 800 a month for 30 years — Never got A Response.*

0000664 RORM17 1A  0.470
MARYANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

We are writing to you about a change in your payment amount. The chart below shows how we will withhold overpaid Social Security benefits paid to you.

| Month(s) | Amount you will receive | Amount withheld | Balance you owe |
|---|---|---|---|
| 08/14 | $788.00 | $180.00 | $6,257.80 |

If you pay Medicare premiums or health plan premiums, they have been deducted from the amount shown under the heading "Amount you will receive."

## What We Will Pay And When

You will receive $788.00 for August 2014 in September 2014.

After that, you will receive $788.00 on or about the third of each month.

You will receive your full regular monthly payment beginning September 2017.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 866-964-7432. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3438 E SOUTHCROSS
SAN ANTONIO TX 78223

C

See Next Page

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:                                          CHAPTER 13

**MANUEL GUADALUPE CASTRO JR.**


DEBTOR(S)     *AMENDED*          CASE NO.:  **12-52696 G**

### CERTIFICATE OF SERVICE
-----------------------------------------

I hereby certify that a copy of the attached document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this **July 30, 2014.**


Debtor(s):

_____

MANUEL GUADALUPE CASTRO JR.              DAVIS LAW FIRM
PO BOX 47776                             5710 IH 10 WEST
SAN ANTONIO, TX  78265                   SAN ANTONIO, TX  78201

MARY ANN CASTRO                          MARYANN CASTRO
1501 OLIVE                               P.O. BOX 495
JOURDANTON, TX  78026                    PLEASANTON, TX  78064

MALAISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX  78209


/S/

_____
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                   CHAPTER 13

**MANUEL GUADALUPE CASTRO JR.**


DEBTOR(S)                     CASE NO.:  **12-52696 G**

### CERTIFICATE OF SERVICE
----------------------------------------

I hereby certify that a copy of the attached document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this **July 30, 2014.**


Debtor(s):

| | |
|---|---|
| MANUEL GUADALUPE CASTRO JR.<br>PO BOX 47776<br>SAN ANTONIO, TX  78265 | DAVIS LAW FIRM<br>5710 IH 10 WEST<br>SAN ANTONIO, TX  78201 |


/S/
_____

JESSICA L. HANZLIK

.Exhibit A

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 12-52696G |
| | § | |
| MANUEL GUADALUPE CASTRO JR. | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S AMENDED OBJECTION TO MOTION TO LIFT STAY TO PROCEED WITH DIVORCE AND REQUEST FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Mary K. Viegelahn, Chapter 13 trustee and files this, her Chapter 13 Trustee's Amended Objection to the above-referenced Motion.

The Chapter 13 Trustee does not approve the afore-mentioned motion for the following reasons:

The Trustee opposes the Motion to Lift Stay to proceed with Divorce filed July 16, 2014 by Malaise Law Firm on Maryann Castro's behalf. The Debtor and Maryann Castro have previously entered into an agreement for final divorce on October 20, 2013. Both Debtor and Ms. Castro were represented by counsel and signed the agreement. The Trustee asserts the parties cannot re-litigate the terms of the agreement including the terms of the property settlement.

WHEREFORE, the Trustee requests the Court deny the motion for the reasons stated above and set it for hearing on the next available hearing date. The Trustee further asks the Court for any other relief to which she may be entitled.

Dated: July 29, 2014

Respectfully submitted,

/s/ Jessica L. Hanzlik
JESSICA L. HANZLIK  TSBN: 24055661
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
jhanzlik@sach13.com
1050 Heritage Blvd, Ste. 201
San Antonio, TX.  78216
(210)824-1460  fax: (210) 824-1328

Maryann Castro
1501 Olive
Jourdanton Texas
78026

FILED IN THE COURT OF APPEALS AT SAN ANTONIO
2015 FEB 13 PM
Keith E. Hottle
THE BOTTLE, CLERK

Court of Appeals District
Cadena Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, TX
78205-3037

Attn: Clerk
Judge Littlejohn